E-FILED
Friday, 25 April, 2008 01:10:49 PM
Clerk, U.S. District Court, ILCD



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | Civil Action No. MDL. 875 |
| This Document Relates to: U.S. DISTRICT FOR THE CENTRAL DISTRICT OF ILLINOIS | |
| All Cascino Vaughan Law Office Cases on Attached Exhibit "A" | Civil Action No. See Exhibit "A" |

### ORDER

THIS MATTER being reviewed this date upon Plaintiffs' Motion to Withdraw Motion, and the Court having reviewed this case;

IT IS HEREBY ORDERED that the Motion for Voluntary Dismissal for the cases listed on attached Exhibit "A" is withdrawn.

BY THE COURT:

s/Judge James Giles

Date: 4/11/2008

Honorable James T. Giles

**EXHIBIT "A"**

| Case# | Last | First | MI | JrSr |
|---|---|---|---|---|
| 91-1258 | Montonye | Randall | D | |
| 91-1369 | Schierer | James | R | |
| 91-1410 | Plue | Alvin | E | |
| 91-2476 | Eaton | Charles | R | |
| 91-2489 | Grimes | William | E | Sr |
| 91-3331 | Snyder | Kenneth | C | Sr |
| 91-3332 | Minor | John | W | |
| 92-1213 | Hayes | Gerald | L | |
| 92-1492 | Kimbrell | Virgil | L | |
| 93-1386 | Block | John | H | |
| 93-1391 | Aberle | Glenn | E | |
| 93-1392 | Sanders | Harold | E | Sr |
| 93-1396 | Ford | Everett | | |
| 93-1397 | Byrne | John | T | Sr |
| 93-1407 | O'Connor | John | J | |
| 93-1408 | Grier | David | L | |
| 93-1416 | Davidson | Richard | B | |
| 93-1417 | Johnson | Leo | M | |
| 93-1419 | Bault | Charles | R | |
| 93-1421 | Tonarelli | Russell | | |
| 93-1423 | Hubbs | Carl | A | |
| 93-1434 | Fraboni | Louis | R | |
| 93-3160 | Walker | Raymond | G | |
| 93-4052 | Goveia | Edward | N | |
| 94-1083 | Goetsch | Randall | P | |
| 94-1085 | Janko | Albert | M | |
| 94-1300 | Grier | John | C | |
| 94-1301 | Dotzert | Albert | E | |
| 94-1313 | Essex | Gerald | E | |
| 94-1314 | Fast | Raymond | L | |
| ~~94-1316~~ | ~~Kelly~~ | ~~Robert~~ | ~~H~~ | |
| 94-1414 | Seaborn | Kenneth | E | |
| 94-1453 | Weger | Don | R | |
| 94-1466 | Smith | Dale | A | |
| 94-1474 | Stewart | William | D | Sr |
| 94-1477 | Beeney | Donald | G | Sr |
| 94-2175 | Fonner | Larry | W | Sr |
| 94-2179 | Vaughn | William | W | |
| 94-2196 | Phillips | Howard | M | Sr |
| 94-2197 | Nance | Dean | C | |
| ~~94-2236~~ | ~~Darling~~ | ~~William~~ | ~~O~~ | |
| 94-2239 | Beddow | Merle | J | |
| 94-2240 | Gulotta | Peter | C | |
| 94-2243 | Schum | Eugene | A | |
| 94-2247 | Cox | Donald | E | Sr |
| 94-2267 | Bell | Orville | L | |
| 94-2271 | Endsley | Robert | L | |
| 94-2272 | Estock | Robert | C | |
| 94-2281 | Lovett | Charles | J | Sr |
| 94-2288 | Peterson | Robert | E | |
| 94-2294 | Waterstradt | Henry | J | Sr |
| 94-2295 | Fritsch | George | B | |